UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 10, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **HAROLD JOHNSON, JR.,** also known as "Hump," | : | **VIOLATIONS:** 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) (Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Phencyclidine) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Fentanyl) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Cocaine Base) **FORFEITURE:** 21 U.S.C. §§ 853(a) and (p) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 6, 2022, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT TWO

On or about October 13, 2022, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> **(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT THREE

On or about October 27, 2022, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> **(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT FOUR

On or about December 6, 2022, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> **(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT FIVE

On or about December 20, 2022, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known

as PCP, a Schedule II controlled substance.

**(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

### COUNT SIX

On or about February 1, 2023, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

**(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

### COUNT SEVEN

On or about February 22, 2023, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

**(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

### COUNT EIGHT

On or about February 22, 2023, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT NINE

On or about March 20, 2023, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

>(**Unlawful Possession with Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TEN

On or about March 20, 2023, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Fentanyl, a Schedule II narcotic drug controlled substance.

>(**Unlawful Possession with Intent to Distribute Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT ELEVEN

On or about March 20, 2023, within the District of Columbia, **HAROLD JOHNSON, JR., also known as "Hump,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

>(**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Counts One through Eleven of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a

forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia.