AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00285 |
| | ) Assigned To : Cobb, Jia M. |
| HAROLD JOHNSON, JR. | ) Assign. Date : 8/22/2023 |
| | ) Description: INDICTMENT (B) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HAROLD JOHNSON, JR.

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iv) - Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine; 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) - Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Unlawful Possession with Intent to Distribute Phencyclidine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Unlawful Possession with Intent to Distribute Fentanyl; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Unlawful Possession with Intent to Distribute Cocaine Base; FORFEITURE: 21 U.S.C. §§ 853(a) and (p)

Date:   08/22/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.22 13:59:33 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/22/23, and the person was arrested on *(date)* 8/25/23
at *(city and state)*   8/22/2023 / Washington DC

Date:   8/25/2023

*Arresting officer's signature*

Scott Brown  TFO/FBI
*Printed name and title*